# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roy Smith, et al., | No. CV-18-01117-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| AKAL Security Incorporated, | |
| Defendant. | |

This matter comes before the Court on the Parties' Joint Motion to Approve FLSA Settlement (Doc. 69). Having considered the Joint Motion and the Parties' Settlement Agreement,

**IT IS HEREBY ORDERED** the joint motion is **GRANTED** as follows:

1. The settlement in this Fair Labor Standards Act action is fair, reasonable, and just and constitutes "a fair and reasonable resolution of a bona fide dispute" under the FLSA, 29 U.S.C. § 201 et seq.; Lynn Food Stores, Inc. v. United States, 679 F.2d 1350, 1355 (11th Cir. 1982). The settlement is **APPROVED** and the terms of the Parties' Settlement Agreement are incorporated by reference into this Order.

2. Plaintiffs' Counsel have not requested attorneys' fees and litigation expenses. The Court understands that Plaintiffs' Counsel's fees and costs are being addressed in a related case. This Court does not award any attorney fees or costs.

3. The action is dismissed with prejudice. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

4. The parties shall abide by all terms of the Settlement Agreement and this Order.

5. Each party shall bear its own attorneys' fees and costs not otherwise provided for the Settlement Agreement or this Order.

Dated this 26th day of April, 2022.

_____
Honorable Susan M. Brnovich
United States District Judge